F.E. Sweeney, Pfeifer and O'Connor, JJ., dissent.

The conflict case is *State v. Roberson* (June 20, 1997), 2d Dist. No. 16052, 1997 WL 335137.

**2003–1153.  State v. Beech.**
Summit App. No. 21141, 2002-Ohio-7327. On motion for leave to file delayed appeal. Motion denied.

**2003–1160.  State v. Ingels.**
Hamilton App. Nos. C–980673 and C–980674. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.

**2003–1171.  State v. Bryant.**
Lucas App. No. L–02–1029, 2003-Ohio-1398. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.

**2003–1182.  Walker v. Hartford Fire Ins. Co.**
Butler App. No. CA2002–09–219, 2003-Ohio-2545. On review of order certifying a conflict. The court determines that a conflict exists. Sua sponte, cause held for the decision in 2002–0932, *Westfield Ins. Co. v. Galatis,* Summit App. No. 20784, 2002-Ohio-1502; briefing schedule stayed.

Resnick, F.E. Sweeney and Pfeifer, JJ., dissent.

**2003–1185.  State v. Evans.**
Cuyahoga App. No. 81472, 2003-Ohio-1347. On motion for leave to file delayed appeal. Motion denied.

Moyer, C.J., Pfeifer and O'Donnell, JJ., dissent.

**2003–1193.  State v. Scruggs.**
Franklin App. No. 02AP–621, 2003-Ohio-2019. On motion for leave to file delayed appeal. Motion denied.

Pfeifer, J., dissents.

**2003–1200.  State v. Richardson.**
Defiance App. Nos. 4–02–16 and 4–02–17. On motion for leave to file delayed appeal. Motion denied.

Moyer, C.J., Pfeifer and Lundberg Stratton, JJ., dissent.

**2003–1207.  Cincinnati Gas & Elec. Co. v. Pub. Util. Comm.**
Public Utilities Commission, No. 03–1145–EL–GAG. On motion for stay of the entry and entry on rehearing of the Public Utilities Commission of Ohio, motion for leave to intervene of the village of Indian Hill, and motion to dismiss appeal of Cincinnati Gas & Electric Company by the village of Indian Hill. Motion for leave to intervene granted, motion to dismiss appeal denied, and motion for stay denied.

**2003–1211.  State v. Walker.**
Lawrence App. No. 01CA34, 2002-Ohio-7372. On motion for leave to file delayed appeal. Motion denied.

**2003–1220.  State v. Millender.**
Fairfield App. No. 03CA03, 2003-Ohio-1691. On motion for leave to file delayed appeal. Motion granted.

Resnick, F.E. Sweeney and O'Connor, JJ., dissent.

**2003–1223.  State v. Sawyer.**
Cuyahoga App. No. 79197, 2002-Ohio-1095. On motion for leave to file delayed appeal. Motion denied.

**2003–1224.  Wynn v. Stone.**
Franklin App. Nos. 02AP–432 and 02AP–795. On motion for stay of court of appeals' judgment. Motion denied.

**2003–1267.  Koukjos v. Ganson.**
Hamilton App. Nos. C–010659, C–010735 and C–020091. On motion for stay of court of appeals' judgment. Motion denied.